PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Salvador Diaz                                          Cr.: 07-00406-001
                                                                         PACTS #: 48979

Name of Sentencing Judicial Officer:   THE HONORABLE HAROLD A. ACKERMAN
                                       SENIOR UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 03/20/2008

Original Offense: 18:922(g)(1): FELON IN POSSESSION OF WEAPON

Original Sentence: 87 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Fine, DNA testing, Financial Disclosure, Gang Associate/Member

Type of Supervision: Supervised Release                 Date Supervision Commenced: 11/27/2012

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On September 8, 2015, the offender was arrested by members of the Newark Police Department for driving with a suspended license. The offender was involved in a traffic accident and had outstanding motor vehicle tickets. The offender was released on bail and has a scheduled Court date in Newark Municipal Court, in Newark, New Jersey, on October 19, 2015. |

U.S. Probation Officer Action:

Our office will continue to monitor the offender's associations and activities within the community and the outcome of his pending case. If any other instances of non-compliance arise, the Court will be notified.

Prob 12A – page 2
Salvador Diaz

Respectfully submitted,
By: Suzanne Golda-Martinez
U.S. Probation Officer
Date: 10/01/2015

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (written reprimand)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

11/3/15
Date